1 | BRIAN J. STRETCH (CABN 163973)
  | United States Attorney
2 |
  | BARBARA J. VALLIERE (DCBN 439353)
3 | Chief, Criminal Division
4 | WILLIAM J. GULLOTTA (CTBN 423420)
  | Assistant United States Attorney
5 |
  | 1301 Clay Street, Suite 340S
6 | Oakland, California 94612
  | Telephone: (510) 637-3680
7 | FAX: (510) 637-3724
  | William.Gullotta@usdoj.gov
8 |
  | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CR No. CR 17-516 JST |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] INTERIM |
| v. | ) PROTECTIVE ORDER |
| MARCUS ANTONIO REDICK, | ) |
| Defendant | ) |

   Plaintiff, United States of America, by and through BRIAN J. STRETCH, United States Attorney for the Northern District of California, and WILLIAM J. GULLOTTA, Assistant United States Attorney for the Northern District of California, and the defendant, MARCUS ANTONIO REDICK, and his attorney, ANGELA M. HANSEN, hereby stipulate and agree:

   The defendant is currently charged in an Indictment with a violation of Title 18, United States Code, Section 1591(a). In connection with this Indictment, the United States is in possession of police reports, witness interview videos, agent reports, and other documents and media that identify the alleged minor victims involved in this case.

   Pursuant to Title 18, United States Code, Section 3509(d), an attorney for the Government is required to take measures to maintain the confidentiality of documents and other materials that disclose

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR 17-00516 JST

the identity of a child victim or witness, including the preparation of a proposed protective order that may "provide for any other measures that may be necessary to protect the privacy of the child" victim or witness. 18 U.S.C. § 3509(d)(3).

In order to comply with Title 18, United States Code, section 3509(d), and to allow the defendant the greatest opportunity to prepare an effective defense in preparation for trial in this matter, the United States and defendant agree that disclosure of the discovery material covered under this stipulation is subject to the following restrictions:

IT IS HEREBY STIPULATED AND AGREED:

1. The provisions of this Protective Order apply to all portions of any documents, video recordings, audio recordings, pictures, and/or photographs produced by the United States in this case that identify or depict the alleged child victim in this investigation.

2. The following individuals (the "defense team") may obtain and examine any material identified in paragraph one, above, under the conditions set forth herein for the sole purpose of preparing the defense and for no other purpose:

   a. Counsel for defendant;
   b. Persons directly employed by defense counsel who are assisting with the preparation of the defense;
   c. Defendant, but only in the presence of his attorney;
   d. Any expert retained on behalf of the defendant to assist in the defense of this matter;
   e. Any investigator retained on behalf of defendant to assist in the defense of this matter.

3. Members of the defense team agree to treat any documents described in paragraph one, above, as confidential, meaning that they will not be given to anyone outside the defense team without stipulation of the parties or a Court order, that they will not be included in any public filings, either in summary, in part, or as exhibits or attachments, and that the identities of the alleged child victims in this case will not be revealed to anyone outside the defense team without the stipulation of the parties or a

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR 17-00516 JST

2

1 | Court order.  Photographs of alleged child victim covered by this Protective Order may be shown to
2 | witnesses.

3. 4. Upon request of the government, members of the defense team agree to destroy or return to the United States any documents or other media covered by this Protective Order at the end of this litigation.

5. Notwithstanding the provisions of this Protective Order, the United States will continue to keep confidential the contact information (not including the name, but including information such as home address, phone number, or email address) of any alleged minor victim or minor witness. Defendant and his attorney are not prohibited from requesting, or moving the Court to compel, such information at a later date.

SO STIPULATED:

BRIAN J. STRETCH
United States Attorney

DATED: November 13, 2017

/s/
WILLIAM J. GULLOTTA
Assistant United States Attorney

DATED: November 13, 2017

/s/
ANGELA M. HANSEN
Attorneys for Defendant Marcus Antonio Redick

SO ORDERED.

DATED: November 14, 2017

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR 17-00516 JST

3