1 BRIAN J. STRETCH (CABN 163973)
United States Attorney

2
BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

4 WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney
5
    1301 Clay Street, Suite 340S
6     Oakland, California 94612
    Telephone: (510) 637-3680
7     FAX: (510) 637-3724
    William.Gullotta@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCUS ANTONIO REDICK, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. CR 17-00516 JST <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 17, 2017, THROUGH JANUARY 26, 2018 |

Plaintiff United States of America and defendant Marcus A. Redick, by and through their respective counsel of record, hereby stipulate as follows:

1. On November 17, 2017, the parties appeared before the Honorable Jon S. Tigar for the first District Court appearance in this case. The parties reported to the Court that the government has provided discovery in this case following the Court's issuance of a protective order. Discovery was produced by the government the day before the hearing, and it includes several hours of recorded interviews, hundreds of pages of documents, and additional discovery. Therefore, the parties asked the Court to schedule a second status conference in a couple of months to provide the defense with enough time to review the discovery and discuss the case going forward.

2. Pursuant to the request of the parties, the Court set the matter for a status conference to

STIPULATION AND [~~PROPOSED~~] ORDER
CR 17-00516 JST

1  occur on January 26, 2018, at 9:30 a.m.

2  3. At the hearing on November 17, 2017, the parties jointly stipulated to exclude the time from November 17, 2017, through January 26, 2018, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* As mentioned above, the government produced discovery in this case on November 16, 2017, and the defense needs time to review the discovery and discuss the case. Therefore, the parties agree that the time period from November 17, 2017, through January 26, 2018, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: November 27, 2017        BRIAN J. STRETCH
                                United States Attorney


                                 /s/ *William J. Gullotta*
                                WILLIAM J. GULLOTTA
                                Assistant United States Attorney


Dated: November 27, 2017         /s/ *Angela M. Hansen*
                                ANGELA M. HANSEN
                                Attorney for Defendant Marcus Redick

STIPULATION AND [PROPOSED] ORDER
CR 17-00516 JST

## ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from November 17, 2017, through January 26, 2018, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 17, 2017, through January 26, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the matter is set before this Court on January 26, 2018, at 9:30 a.m. for a status conference, and that the time from November 17, 2017, through January 26, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 28, 2017



STIPULATION AND [PROPOSED] ORDER
CR 17-00516 JST