STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507

Counsel for Defendant REDIC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 17-CR-516 JST |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS HEARING DATE |
| | ) | TO MARCH 23, 2018 AND TO EXCLUDE |
| MARCUS REDIC, | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | Hearing Date: January 26, 2018 |
| | ) | |

The above-captioned matter is set on January 26, 2018 before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to March 23, 2018, at 9:30 a.m., for a status hearing and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through March 23, 2018.

On September 28, 2017, Mr. Redic was charged with sex trafficking by force, threats or coercion, a violation of 18 U.S.C. § 1591(a)(1). Mr. Redic made his initial appearance the next day, on September 29, 2017. After a full detention hearing, on October 11, 2017, the magistrate court ordered Mr. Redic detained.

The government produced discovery, including a production in late November 2017. Defense counsel recently requested additional discovery from the government. The defense needs additional time to review all of the discovery and to investigate this case. Moreover, defense

counsel is researching complicated legal issues implicated by this case, including commerce and potential statutory enhancements based on certain prior convictions.

In addition, defense counsel is starting a lengthy trial on February 5, 2018, in *United States v. James Lucero*, 16-CR-107 HSG. The case is currently set to last two weeks but will likely go longer. There are over 1000 exhibits and the government has noticed 60 witnesses, which includes more than a dozen experts. Defense counsel is busy preparing for this upcoming trial and thus needs additional time to review, research and to investigate Mr. Redic's case. For these reasons, the defense requests additional time to prepare, and the parties agree that it is appropriate to continue this case until March 23, 2018.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny defendant continuity of counsel and it would further deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time through March 23, 2018, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of defense counsel and for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: January 16, 2018

Respectfully submitted,

/s/  
WILLIAM GULLOTTA  
Assistant United States Attorney

/s/  
ANGELA M. HANSEN  
Assistant Federal Public Defender

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of January 26, 2018, is vacated and reset for status on March 23, 2018, at 9:30 a.m. It is FURTHER ORDERED that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through March 23, 2018.

January 16, 2018
_____    _____
DATE                          HON. JON S. TIGAR
                              United States District Judge