STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507

Counsel for Defendant MARCUS REDIC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 17-CR-516 JST |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS HEARING DATE |
| | ) | TO MAY 4, 2018 AND TO EXCLUDE |
| MARCUS REDIC, | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | Hearing Date: March 23, 2018 |
| | ) | |

The above-captioned matter is set on March 23, 2018 before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to May 4, 2018, at 9:30 a.m., for a status hearing and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through May 4, 2018.

On September 28, 2017, Mr. Redic was charged with sex trafficking by force, threats or coercion, a violation of 18 U.S.C. § 1591(a)(1). Mr. Redic made his initial appearance the next day, on September 29, 2017. After a full detention hearing, on October 11, 2017, the magistrate court ordered Mr. Redic detained.

The government produced discovery, including a production in late November 2017. In letters dated January 12, 2018 and March 15, 2018, defense counsel requested additional discovery from the government, which includes video interviews of witnesses and an alleged victim. The government is currently locating the requested discovery and will be determining if the materials

-1-

can be produced to the defense. Once produced, defense counsel will need additional time to review all of the discovery and to investigate this case. Moreover, defense counsel is researching complicated legal issues implicated by this case, including the commerce clause element of the offense and potential statutory enhancements based on certain prior convictions.

In addition, defense counsel has requested an evidence view that should be scheduled and completed in early April 2018. For these reasons, the defense requests additional time to prepare, and the parties agree that it is appropriate to continue this case until May 4, 2018.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time through May 4, 2018, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: March 19, 2018

Respectfully submitted,

\_\_\_\_\_/s/_____        \_\_\_\_\_/s/_____
WILLIAM GULLOTTA        ANGELA M. HANSEN
Assistant United States Attorney        Assistant Federal Public Defender

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of March 23, 2018, is vacated and reset for status on May 4, 2018, at 9:30 a.m. It is FURTHER ORDERED that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through May 4, 2018.

March 20, 2018

_____  _____
DATE  HON. JON S. TIGAR
United States District Judge