STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA MILELLA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant Redic

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 17–516 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PROTECTIVE ORDER** |
| v. | |
| MARCUS REDIC, | |
| Defendant. | |

On November 14, 2017, the Court signed a stipulated Interim Protective Order (Document 14). The parties hereby stipulate and agree that the protective order shall be modified to allow defense counsel's office to disclose the audio and video recordings referenced in the protective order to an expert for the sole purpose of providing a written transcript of the materials. Defense counsel's office will provide the defense expert with a copy of the stipulated Interim Protective Order, and defense counsel will advise the expert that the protected materials cannot be disseminated and shall be returned to the defense after the expert completes the requested transcriptions.

//

//

IT IS SO STIPULATED.

Dated: July 25, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
ANGELA MILELLA HANSEN
Assistant Federal Public Defender

Dated: July 25, 2018

ALEX TSE
United States Attorney
Northern District of California

/S/
WILLIAM GULLOTTA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCUS REDIC,<br><br>        Defendant. | **Case No.:** CR 17–516 JST<br><br>[~~PROPOSED~~] **ORDER TO MODIFY PROTECTIVE ORDER** |

Based on the stipulation of the parties above, the Interim Protective Order is hereby modified to allow the defense to disclose the audio and video recordings referenced in the Interim Protective Order to an expert for the sole purpose of providing a written transcript of the protected materials. Defense counsel's office will provide the defense expert with a copy of the stipulated Interim Protective Order, and defense counsel will advise the expert that the protected materials cannot be disseminated and shall be returned to the defense after the expert completes the requested transcriptions.

    IT IS SO ORDERED.

Dated:    July 26, 2018

_____
JON S. TIGAR
United States District Judge