1 STEVEN G. KALAR
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 1301 Clay Street, Suite 1350N
Oakland, CA 94612
4 Telephone: (510) 637-3500
Facsimile: (510) 637-3507

Counsel for Defendant REDIC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 17-CR-516 JST |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO VACATE DISCOVERY HEARING DATE |
| v. | ) ) | |
| MARCUS REDIC, | ) ) | Hearing Date: August 2, 2018 |
| Defendant. | ) ) ) | |

The above-captioned matter is set on August 2, 2018, at 4:00 p.m., before this Honorable Court for a discovery status hearing. Earlier today, the government produced materials that are partially responsive to the defense requests, and the government has promised to provide the remaining outstanding discovery materials to the defense before the end of the week. Based on this production and the government's representation that it will complete the production of the requested materials as soon as possible, the parties agree that the Court should vacate the August 2, 2018, hearing date.

DATED: August 1, 2018

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| WILLIAM GULLOTTA | ANGELA M. HANSEN |
| Assistant United States Attorney | Assistant Federal Public Defender |

-1-

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby vacates the discovery status hearing date set for August 2, 2018, at 4:00 p.m.

August 1, 2018

_____  _____
DATE                     THE HONORABLE JON S. TIGAR
                         United States District Judge