IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS REDIC,<br><br>Defendant. | **Case No.:** CR 17–516 JST<br><br>~~[PROPOSED]~~ **ORDER TO CONTINUE HEARING ON PRETRIAL MOTIONS AND TO MODIFY BRIEFING SCHEDULE** |

Based on the reason provided in the stipulation of the parties above, and for good cause shown, the Court hereby vacates the hearing date set for October 12, 2018, at 1:30 p.m., and resets this matter to November 9, 2018, at 9:30 a.m.  The Court further modifies the pretrial motion briefing schedule as follows:

October 5, 2018 – Defense Motions are due

October 19, 2018 – Government Responses are due

October 26, 2018 – Defense Reply briefs are due

IT IS SO ORDERED.

Dated:        September 13, 2018

_____
THE HONORABLE JON S. TIGAR
United States District Judge