IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARCUS REDIC, <br> Defendant. | **Case No.:** CR 17–00516 JST <br><br> **[PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING AND TO VACATE DATES** |

Based on the reason provided in the stipulation of the parties above, and for good cause shown, the Court hereby resets the motion hearing date on November 9, 2018, at 1:30 p.m., to November 9, 2018, at 9:30 a.m., for a change of plea hearing. The Court further vacates the briefing schedule on pretrial motions, the November 16, 2018, pretrial conference date, the December 3, 2018, trial date and the government's October 12, 2018, discovery cut off and disclosure date.

October 9, 2018
_____          _____
DATE                                THE HONORABLE JON S. TIGAR
                                    United States District Judge