1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  VANESSA BAEHR-JONES (CABN 281715)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Vanessa.Baehr-Jones@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )  No. CR 17-0516 JST
                                      )
14         Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
                                      )  REGARDING FINDINGS OF EXCLUDABLE
15      v.                            )  TIME PURSUANT TO SPEEDY TRIAL ACT
                                      )
16  MARCUS ANTONIO REDIC,             )
                                      )
17         Defendant.                 )
                                      )
18

19      Plaintiff United States of America, by and through its counsel of record, the Acting United States

20 Attorney for the Northern District of California and Assistant United States Attorney Vanessa Baehr-

21 Jones, and defendant Marcus Antonio Redic (defendant), by and through his counsel of record, Assistant

22 Federal Public Defender Angela Hansen, hereby stipulate as follows:

23      1.    On November 9, 2018, the parties appeared before the Court for a change-of-plea hearing

24 in the above-captioned matter. Prior to the start of the hearing, however, counsel for defendant indicated

25 that defendant had additional questions concerning the case that he wished to discuss with defense

26 counsel. The parties therefore requested that the change-of-plea hearing be continued to November 16,

27 2018, and the Court set the matter for a hearing on November 16, 2018, at 9:30 a.m.

28 ///

STIPULATION REGARDING EXCLUDABLE TIME
CR 17-0516 JST

2. During the hearing on November 9, 2018, the parties further stipulated to an exclusion of time for effective preparation of counsel under the Speedy Trial Act to November 16, 2018.

3. For the reasons set forth below, the parties jointly stipulate and request that time be excluded from November 9, 2018, to November 16, 2018, for effective preparation of counsel under the Speedy Trial Act.

4. The government has produced discovery in this case, which includes several hours of recorded interviews, as well as law enforcement reports and criminal history records, among other documents.

5. Counsel for defendant represents that she requires additional time to meet with her client and discuss the case with her client. Counsel for defendant also represents that she will need additional time to conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Counsel for defendant also represents that failure to grant the continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for defendant agrees that the requested exclusion of time is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses. Thus, the time period of November 9, 2018, through November 16, 2018, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).

6. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.

///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
CR 17-0516 JST

Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED

Dated: November 15, 2018

ALEX G. TSE
United States Attorney

   /S/  *Vanessa Baehr-Jones*
VANESSA BAEHR-JONES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

   /S/  *via e-mail authorization*
ANGELA HANSEN
Attorney for Defendant
MARCUS ANTONIO REDIC

November 14, 2018
Date

STIPULATION REGARDING EXCLUDABLE TIME
CR 17-0516 JST

**[PROPOSED]** ORDER

The Court has read and considered the Stipulation Regarding Findings of Excludable Time Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The time period of November 9, 2018, to November 16, 2018, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

November 15, 2018
DATE

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
CR 17-0516 JST