STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant REDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS REDIC,<br><br>Defendant. | **Case No.:** CR 17–00516 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**<br><br>Hearing date: March 1, 2019 |

The above-captioned matter is set on March 1, 2019, at 9:30 p.m., before this Honorable Court, for a sentencing hearing. The parties respectfully request that the Court continue the sentencing hearing date to April 19, 2019. The reason for this request is defense counsel is no longer available on March 1, 2019, and also the defense needs additional time to prepare this case for sentencing and to collect mitigation. In addition, new government counsel has been assigned to this case and will need additional time to review and consider the draft presentence investigation report when it is disclosed. The probation officer assigned to this case is in agreement with this continuance and is available on the requested date.

-1-

IT IS SO STIPULATED.

February 1, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

      /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

February 1, 2019

DAVID ANDERSON
United States Attorney
Northern District of California

      /S/
KATHERINE LLOYD-LOVETT
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS REDIC,<br><br>Defendant. | **Case No.:** CR 17–00516 JST<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

Based on the reason provided in the stipulation of the parties above, and for good cause shown, the Court hereby vacates the March 1, 2019, sentencing date and resets this matter to April 19, 2019, at 9:30 a.m.

\_\_February 4, 2019_____  _____
DATE                              THE HONORABLE JON S. TIGAR
                                  United States District Judge