STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant REDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS REDIC,<br><br>Defendant. | **Case No.:** CR 17–00516 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**<br><br>Hearing date: April 19, 2019 |

    The above-captioned matter is set on April 19, 2019, at 9:30 a.m., before this Honorable Court, for a sentencing hearing. The parties respectfully request that the Court continue the sentencing hearing date to April 26, 2019. The reason for this request is that the draft Presentence Investigation Report was disclosed late, and thus the parties need additional time to make revisions, corrections and additions to the report. The probation officer assigned to this case is in agreement with this continuance and has advised the parties that a member of her office is available on the requested date.

-1-

IT IS SO STIPULATED.

April 3, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

　　　　　/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

April 3, 2019

DAVID ANDERSON
United States Attorney
Northern District of California

　　　　　/S/
KATHERINE LLOYD-LOVETT
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS REDIC,<br><br>    Defendant. | **Case No.:** CR 17–00516 JST<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

Based on the reason provided in the stipulation of the parties above, and for good cause shown, the Court hereby vacates the April 19, 2019, sentencing date and resets this matter to April 26, 2019, at 9:30 a.m.

April 4, 2019
_____
DATE

_____
THE HONORABLE JON S. TIGAR
United States District Judge