1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5       1301 Clay St, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Christina.McCall@usdoj.gov
7
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00516-JST |
| Plaintiff, | ~~[PROPOSED]~~ ORDER REGARDING RESTITUTION |
| v. | |
| MARCUS ANTONIO REDIC, | |
| Defendant. | |

The Court having considered the stipulation of the government and the Defendant, Marcus Antonio Redic, ("defendant") with respect to restitution in this matter, and good cause appearing therefor, hereby ORDERS:

The individual identified as "AM" is a victim in this case, meaning "AM" is an individual harmed as a result of a commission of a crime under Chapter 110 of Title 18, which includes defendant's crime, as provided in 18 U.S.C. § 2259(c).

A reasonable and appropriate amount of restitution for defendant to pay "AM" as a result of the crimes the defendant committed in this case is: $8,400 for lost wages, and $2,275 for mental health counseling, for a total of $10,675. The government shall provide the Clerk of the Court with the full name and address of "AM," and the Clerk of the Court shall keep that information confidential. The

Court will issue an amended Judgment and Commitment Order to reflect the restitution ordered. The Court determines that the defendant does not have the ability to pay interest and orders that the interest requirement is waived for the $10,675 restitution ordered.

The restitution hearing currently scheduled for June 28, 2019 is hereby vacated.

IT IS SO ORDERED.

June 7, 2019
DATE

JON S. TIGAR
UNITED STATES DISTRICT JUDGE